UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SHAWN HOWARD,
individually and on behalf of all
others similarly situated

               Plaintiff,

                                      09-CV-6513
                                      **ORDER**

CANANDAIGUA NATIONAL BANK & TRUST,

               Defendants.
_____


     Pursuant to my November 3, 2010 Order appointing attorney Steven V. Modica, Esq. as a Special Master in this case, I directed that the parties would equally bear his costs. By Invoice dated December 1, 2010, Special Master Modica has submitted an invoice to the court in the amount of $775.00 for services rendered during the month of November, 2010. I find the fees and costs to be reasonable, and accordingly, hereby order Shawn Howard and Canandaigua National Bank & Trust to share equally in payment of the Special Master's invoice with each paying attorney Modica the sum of $387.50 within 30 days of the date of this Order.

     ALL OF THE ABOVE IS SO ORDERED.

                                     S/ Michael A. Telesca
                                _____
                                  MICHAEL A. TELESCA
                               United States District Judge

DATED:    Rochester, New York
            December 10, 2010